AO 246A (Rev. 07/17) Order of Discharge and Dismissal Under 18 U. S. C. § 3607(a)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
1-30, 2018
Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:17CR00042-1 |
| Shantel M. Evans | ) | |

## ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U.S.C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:** The defendant is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date: 1-30-18

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA